UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: REQUEST FOR JUDICIAL          Case No.
ASSISTANCE FROM THE LOCAL COURT
IN BAD DURKHEIM, GERMANY
IN THE MATTER OF JW v. CHRISTOPHER HOGSETT
FOREIGN REF. NO.: 2F119/17

---

### *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

---

Matthew R. Krueger United States Attorney for the Eastern District of Wisconsin by the undersigned Assistant United States Attorney, Brian E. Pawlak, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Brian E. Pawlak Assistant United States Attorney, Commissioner for the purposes of obtaining a buccal mucosa-extraction (DNA sample) and certain other identifying documents and information from Christopher Hogsett. Certain information has been requested by the Local Court in Bad Durkheim, Germany ("Country Court"), pursuant to a Letter of Request issued in connection with a civil judicial proceeding captioned *JW v. Christopher Hogsett*, Foreign Reference Number: 2F119/17.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated at Milwaukee, Wisconsin, this 13th day of May 2019.

                                              Respectfully submitted,

                                              MATTHEW D. KRUEGER
                                              United States Attorney

By:

                                              /s/ Brian E. Pawlak
                                              BRIAN E. PAWLAK
                                              Assistant United States Attorney

Attorneys for Defendant
State Bar Number 1009916
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-4134
Facsimile: (414) 297-4394
Brian.pawlak@usdoj.gov